1   **SHELLEY G. BRYANT - #222925**
    **AMANDA B. NEWELL- # 251160**
2   **LAW OFFICES OF SHELLEY G. BRYANT**
    8050 North Palm Avenue, Suite 300
3   Fresno, California 93711
    (559) 389-5856 Telephone
4   (559) 421-0369 Facsimile

5

6   Attorneys for Plaintiff, ANGIE OROZCO

7

8                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
9

10  ANGIE OROZCO,                          )   **Case No. 1:10-CV-00783-LJO-GSA**
                                           )
11              Plaintiff,                 )   **STIPULATION FOR DISMISSAL OF**
                                           )   **COMPLAINT WITH PREJUDICE PER**
12  vs.                                    )   **FRCP   41(A)(2)   AND   ORDER**
                                           )   **THEREON**
13  FAMILY   HEALTHCARE   NETWORK,         )
    FRANCIS X. J. HARDIMAN, M. D., and DOES )
14  1 through 20, inclusive,               )
                                           )
15              Defendants.                )   **Complaint Filed: May 4, 2010**
                                           )
16  _____ )

17        TO THE COURT AND ALL PARTIES OF RECORD:

18        Plaintiff, ANGIE OROZCO, by and through her attorneys of record, and Defendants FAMILY

19  HEALTHCARE NETWORK, FRANCIS X. J. HARDIMAN, M. D., by and through their attorneys

20  of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own

21  attorneys fees and costs.

22  Dated: September 13, 2011        LAW OFFICES OF SHELLEY G. BRYANT

23

24                                  /s/_____
                                    SHELLEY G. BRYANT, Attorney for Plaintiff
25                                  ANGIE OROZCO

26

27

28

1  Dated: September _____, 2011          BORTON PETRINI LLP

2

3                                        __/s/_____
                                         JOHN R. WATERMAN, Attorney for Defendants,
4                                        FAMILY HEALTHCARE NETWORK and
                                         FRANCIS X. J. HARDIMAN, M. D.
5

6                      ********************************************
7

8        The clerk is directed to close this action.

9  IT IS SO ORDERED.

10 **Dated:   September 13, 2011          _____/s/ Lawrence J. O'Neill_____**
                                          UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28